# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALVAREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:24-cv-00136-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 14) |

On May 23, 2024, a stipulation was filed to extend the time for Defendant to respond to Plaintiff's motion for summary judgment. (ECF No. 22.) The Court finds good cause to grant the stipulated request.

Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's opposition brief shall be filed on or before **August 1, 2024**; and
2. Plaintiff's reply, if any, shall be due **fourteen (14) days** after Defendant's responsive pleading is filed.

IT IS SO ORDERED.

Dated:   **May 24, 2024**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1