# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALVAREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:24-cv-00136-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES UNDER EAJA<br><br>(ECF No. 19) |

　　　　Robert Alvarez ("Plaintiff") filed the complaint in this action on January 31, 2024. (ECF No. 1.) On June 5, 2024, the Court entered the parties' stipulation agreeing to a voluntary remand of the matter pursuant to 42 U.S.C. § 405(g), remanded the action for further proceedings, and entered judgment in favor of Plaintiff. (ECF Nos. 16, 17, 18.) On June 10, 2024, the parties filed a stipulation for the award of attorney fees in the amount of $7,500.00, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA") and no costs. (ECF No. 19.)

///
///
///
///
///

1

1    Accordingly, IT IS HEREBY ORDERED that Plaintiff is awarded attorney fees in the
2 amount of $7,500.00 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), subject
3 to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   **June 10, 2024**

UNITED STATES MAGISTRATE JUDGE